IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BART SPRINGER, Individually and on Behalf of All Others Similarly Situated,**  Plaintiff, | CIVIL ACTION |
| v. | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,**  Defendant. | NO. 17-4623 |

## O R D E R

**AND NOW**, this 28th day of September, 2018, upon consideration of Joint Motion to Stay (Document No. 27, filed September 26, 2018), it appearing from the Motion that the parties seek a stay of all proceedings until the proposed settlement in a nationwide class action pending in the United States District Court for the Eastern District of Virginia, *Clark v. Experian Info. Sols., Inc.*, No. 3:16-cv-00032 (MHL), and *Brown v. Experian Info. Sols., Inc.*, No. 3:16;cv;670 (MHL), is approved at a final approval hearing scheduled for February 1, 2019, which nationwide class action includes all claims included in the captioned case, and good cause appearing, **IT IS ORDERED** that Joint Motion to Stay is **GRANTED**. All proceedings in this case are **STAYED** until the pending settlement has been granted final approval in *Clark* and *Brown*, and no further appeals remain.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.