IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BART SPRINGER, Individually and on Behalf of All Others Similarly Situated,**<br>**Plaintiff,**<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.,**<br>**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 17-4623** |

## O R D E R

**AND NOW**, this 19th day of February, 2019, upon consideration of Joint Status Report (Document No. 30, filed February 15, 2019), the Court having, by Order dated September 28, 2018, stayed this case, and the Court noting that the proposed settlement in the nationwide class action in the United States District Court for the Eastern District of Virginia, *Clark v. Experian Info. Sols., Inc.*, No. 3:16-cv-00032 (MHL), and *Brown v. Experian Info. Sols., Inc.*, No. 3:16-cv-670 (MHL), has been approved at a final approval hearing on February 1, 2019, and the parties having requested in the Joint Status Report that (a) the class claims be dismissed with prejudice, (b) the case remain stayed so as to allow the parties to resolve the individual claims, and (c) the parties file a joint status report with respect to settlement of the individual claims within fourteen (14) days of reaching an agreement, **IT IS ORDERED** that the parties' requests in the Joint Status Report are **GRANTED**, as follows:

1.  Plaintiff's class claims are **DISMISSED WITH PREJUDICE**. The caption of the case shall be **AMENDED** to delete any reference to the class action. This dismissal is **WITHOUT PREJUDICE** to plaintiff's right to proceed with his claims against defendant on an individual basis in accordance with the final approval of the settlement of the nationwide class action in the United States District Court for the Eastern District of Virginia, *Clark v. Experian*

2

*Info. Sols., Inc.*, No. 3:16-cv-00032 (MHL), and *Brown v. Experian Info. Sols., Inc.*, No. 3:16-cv-670 (MHL);

    2.    The stay of proceedings in this case is **EXTENDED** for a period of sixty (60) days, that is, until April 15, 2019, to allow plaintiff to resolve his individual claims against defendant; and

    3.    The parties shall jointly report to the Court (letter to Chambers, Room 12613) with respect to a resolution of plaintiff's individual claims against defendant within fourteen (14) days of any such resolution, but in no event later than April 29, 2019.

                                   **BY THE COURT:**

                                   **/s/ Hon. Jan E. DuBois**

                                      **DuBOIS, JAN E., J.**