IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BART SPRINGER, Individually and on Behalf of All Others Similarly Situated,**  Plaintiff, | **CIVIL ACTION** |
| v. | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,**  Defendant. | **NO. 17-4623** |

# O R D E R

**AND NOW**, this 8th day of April, 2019, upon consideration of joint letter/request of the parties for a dismissal of this case with prejudice,[1] the Court having stayed the case by Order dated September 28, 2018, **IT IS ORDERED** that the joint request is **GRANTED**, as follows:

1. The Order dated September 28, 2018, as amended, is **VACATED**;

2. The stay of proceedings in this case is **LIFTED**; and

3. Pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

> **BY THE COURT:**
>
> /s/ Hon. Jan E. DuBois
> _____
> DuBOIS, JAN E., J.

---

[1] A copy of the joint letter/request dated April 8, 2019, shall be docketed by the Deputy Clerk.